MYRA E. FAVOR. Respondent, *v.* ANTHONY W. DIMOCK et al., Appellants.

(Argued February 9, 1886 ; decided March 2, 1886.)

*George Putnam Smith* for appellants.

*Harry Wilber* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

---

CHARLES ROTHSCHILD et al., Respondents, *v.* CHARLES WERNER et al., Appellants.

(Argued February 10, 1886 ; decided March 2, 1886.)

*A. J. Simpson* for appellants.

*Edward S. Rapallo* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.